AO 120 (Rev. 08/10)

| TO: **Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>4/22/2016 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>GODA KAISHA IP BRIDGE I | | DEFENDANT<br>OMNIVISION TECHNOLOGIES, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 6,538,324 B1 | 3/24/2003 | Goda Kaisha IP Bridge I |
| 2 US 6,794,677 B2 | 9/21/2004 | Goda Kaisha IP Bridge I |
| 3 US 6,709,950 B2 | 3/23/2004 | Goda Kaisha IP Bridge I |
| 4 US 7,126,174 B2 | 10/24/2006 | Goda Kaisha IP Bridge I |
| 5 US 8,084,796 B2 | 12/27/2011 | Goda Kaisha IP Bridge I |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 US 8,106,431 B2 | 1/31/2012 | Goda Kaisha IP Bridge I |
| 2 US 8,378,401 B2 | 2/19/2013 | Goda Kaisha IP Bridge I |
| 3 US 7,279,727 B2 | 10/9/2007 | Goda Kaisha IP Bridge I |
| 4 US 7,709,900 B2 | 5/4/2010 | Goda Kaisha IP Bridge I |
| 5 US RE41,867 E | 10/26/2010 | Goda Kaisha IP Bridge I |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

Print Save As... Reset